**In re Jay L. THOMAS, Petitioner.**

No. 11–2210.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21,

Fed. R.App. P. June 30, 2011.

Opinion Filed: July 10, 2012.

Jay L. Thomas, Saddle Brook, NJ, pro se.

Before: McKEE, Chief Judge, and ALDISERT and WEIS, Circuit Judges.

OPINION

PER CURIAM.

Jay L. Thomas seeks a writ of mandamus, pursuant to 28 U.S.C. § 1651, directing the United States District Court for the District of New Jersey to adjudicate his underlying civil action against the Commissioner of Social Security ("Commissioner"). Subsequent to the filing of this mandamus petition, however, the District Court granted the Commissioner's motion to dismiss Thomas's complaint and ordered the Clerk of that Court to close the case. Accordingly, Thomas's mandamus petition will be denied as moot. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that ... prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").